IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW M. LEARNED,

    Plaintiff,                      No. CIV S-04-1834 WBS DAD PS

    vs.

MBNA AMERICA BANK, N.A.,

    Defendant.                    <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 3, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed May 3, 2005, are adopted in full;

2. Defendant's December 14, 2004 and March 14, 2005 motions to dismiss are granted;

3. Plaintiff's September 1, 2004 motion to vacate arbitration award is denied; and

4. This action is dismissed for lack of subject matter jurisdiction.

DATED June 1, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/learned1834.jo